PROB.22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:19CR00130-06WES |
| DOCKET NUMBER (Rec. Court) | 23cr10314 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Jenny Vincente-Desoto** Massachusetts | Rhode Island | Providence |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William E. Smith, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM: March 24, 2023 — TO: March 23, 2026 |

**OFFENSE**

**Count 1:** Conspiracy to Possess with the Intent to Distribute Cocaine, **Count 2:** Possession with Intent to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

11/07/2023
Date

_signed_
Honorable William E. Smith
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-5-2023
Date

_signed_
U.S. District Judge



# Memorandum

To: The Honorable F. Dennis Saylor IV
Chief United States District Judge

From: Hannah Mackey
U.S. Probation Officer

Date: November 9, 2023

Re: **VINCENTE-DESOTO, Jenny
D/RI 19cr00130-06
TRANSFER OF JURISDICTION TO D/MA**

On March 24, 2023 the above-named appeared in U.S. District Court, District of Rhode Island charged with Conspiracy to Possess with the Intent to Distribute Cocaine. The defendant was sentenced to 1 day BOP and 36 months supervised release.

Special Conditions: The defendant shall participate in a program for mental health; participate in a manualized behavioral program; defendant shall contribute to the cost of all ordered treatment and testing based on ability; shall perform 100 hours of community service per year.

Special Assessment: $200.00
Fine: $ 1,000.00

The District of Rhode Island has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Ms. Vincente-Desoto plans to live in this district permanently.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this. Please execute the attached PF-22 forms if you concur. Thank you.