# Exhibit 1

An official website of the Commonwealth of Massachusetts   Here's how you know

 Mass.gov

# Vicente de Soto, Jenny

623 HARRISON AVENUE Boston , MA 02118

**Directions** (https://www.google.com/maps/place/'+623 HARRISON AVENUE Boston, MA 02118)

**Phone**

(617) 870-8119

**Email**

jvicente12322@gmail.com

**Current Enrollment Status** ❓ ()



Licensed providers are responsible for maintaining certain information on this page. If you have questions about a specific child care provider, please contact the provider directly or contact the EEC regional office for more information. EEC Regional Office contact information can be found via link on a provider's profile page.

## PROGRAM DETAILS

Program Information

Schedules and Fees

Inspection and Monitoring Visit Reports

Investigations

CCR&R Agency and Financial Assistance

Accreditation

Other Information

# Program Information

**Capacity**: 10

**First Licensed On**: 06/30/2008

**Most Recently Renewed**: 06/30/2020

**EEC Licensor**: Noelia Ramirez

**EEC Regional Office Address:**
100 Hancock Street, 4th Floor , Quincy , MA 02171

**Provider Number**: P-181078

**Type of Care**: Family Child Care

**Provider Status**: Renewal in progress

**Regulatory Status**: ❓ () Inactive

**FCC system**: ❓ ()

Child Development and Education

(https://www.mass.gov/locations/department-of-early-education-and-care-metro-boston-office-region-6)

# Schedules and Fees

**NOTE** : Due to some providers offering multiple schedule options (i.e. "full-time", "summer only" etc.) more than one "Schedule Shift" may be displayed below (along with the associated "Hours of Operation" and "Fees" pertaining to each shift offered.)

**Temporary Schedule**

**Temp/Emergency:**

**Open Holidays:** ❓ ()

**Accepts Children:** ❓ ()

**Drop In Care Available:** ❓ ()

**Extended Day option available:** ❓ ()

| Infant Age Group | |
|---|---|
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |
| Weekly Part | |
| Weekly Full | $250.00 |
| Monthly Part | |
| Monthly Full | |
| Other Part | |
| Other Full | |
| **Preschool Age Group** | |
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |

| Infant Age Group | |
|---|---|
| Weekly Part | |
| Weekly Full | $200.00 |
| Monthly Part | |
| Monthly Full | |
| Other Part | |
| Other Full | |
| **School Age Group** | |
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |
| Weekly Part | |
| Weekly Full | $200.00 |
| Monthly Part | |
| Monthly Full | |
| Other Part | |
| Other Full | |

| Day | Start Time | End Time |
|---|---|---|
| Monday | 07:45 AM | 04:00 PM |
| Tuesday | 07:45 AM | 04:00 PM |

| Day | Start Time | End Time |
|---|---|---|
| Wednesday | 07:45 AM | 04:00 PM |
| Thursday | 07:45 AM | 04:00 PM |
| Friday | 07:45 AM | 04:00 PM |

## Full Year Schedule

**Temp/Emergency**: No

**Open Holidays**: ❓ () No

**Accepts Children**: ❓ () Flexible schedule

**Drop In Care Available**: ❓ () No

**Extended Day option available**: ❓ ()

| Infant Age Group | |
|---|---|
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |
| Weekly Part | |
| Weekly Full | $250.00 |
| Monthly Part | |
| Monthly Full | |
| Other Part | |

| | |
|---|---|
| **Infant Age Group** | |
| Other Full | |
| **Preschool Age Group** | |
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |
| Weekly Part | |
| Weekly Full | $200.00 |
| Monthly Part | |
| Monthly Full | |
| Other Part | |
| Other Full | |
| **School Age Group** | |
| Hourly Part | |
| Hourly Full | |
| Daily Part | |
| Daily Full | |
| Weekly Part | |
| Weekly Full | $200.00 |
| Monthly Part | |

| Infant Age Group | |
|---|---|
| Monthly Full | |
| Other Part | |
| Other Full | |

| Day | Start Time | End Time |
|---|---|---|
| Friday | 06:00 AM | 05:30 PM |
| Thursday | 06:00 AM | 05:30 PM |
| Wednesday | 06:00 AM | 05:30 PM |
| Tuesday | 06:00 AM | 05:30 PM |
| Monday | 06:00 AM | 05:30 PM |

## Inspection and Monitoring Visit Reports

- Pursuant to federal law, EEC is posting visit reports for visits that occurred on or after October 1, 2019 once the visit is closed. Visit reports that occurred prior to October 1, 2019 can be obtained by contacting the EEC Regional Office.
- EEC makes regular visits to child care programs to ensure that programs meet minimum health and safety standards.
- EEC ensures that all non-compliances are addressed in a timely manner for the program to maintain licensure.

| | |
|---|---|
| Visit Date | 10/03/2019 |
| Type of Visit | Monitoring Visit ❓ () |
| Level of Compliance | ❓ () 18 / 25 |
| Details | View Detail () |

| | |
|---:|:---|
| Visit Date | 10/08/2021 |
| Type of Visit | Renewal - Enhanced Monitoring Visit ❓ () |
| Level of Compliance | ❓ () 34 / 36 |
| Details | **View Detail** () |
| Visit Date | 09/07/2022 |
| Type of Visit | Monitoring Visit ❓ () |
| Level of Compliance | ❓ () 16 / 18 |
| Details | **View Detail** () |

# Investigations

- Pursuant to federal law, EEC is posting investigations that were opened on or after October 1, 2019. Investigations that were opened prior to October 1, 2019 can be obtained by contacting the EEC Regional Office.
- EEC will investigate allegations of regulatory violations and serious risks to the health and safety of children.
- An investigation may trigger a more comprehensive review of regulations.

Investigations that are opened on and after October 1, 2019 will display here once the investigation is completed and closed.

# Child Care Resource and Referral Agency and Financial Assistance Information

Note that the data in this box is maintained by the provider through their Child Care Resource and Referral Agency.

| |
|:---|
| **CCR&R Name**: Child Care Choices of Boston |
| **CCR&R Phone**: (617) 542-5437 |
| **CCR&R City**: Boston |

| |
|---|
| **CCR&R Web**: http://childcarechoicesofboston.org/ (http://childcarechoicesofboston.org/) |
| **Types Of Financial Assistance Accepted**: |

## Accreditation

Accreditation is a process that allows programs to be evaluated by meeting national standards. It gives programs the best opportunity to provide quality learning experiences for young children.

| |
|---|
| **Provider Accreditation**: ❓ () |

## Other Information

| |
|---|
| **Environment**: ❓ () |
| **Transportation**: ❓ () |
| **Available Schedule Options**: ❓ () |
| **Special Needs**: ❓ () |
| **Languages Spoken By Staff**: ❓ () |
| **Meals**: ❓ () |
| **Special Skills**: ❓ () |

**Did you find what you were looking for on this webpage?**

⦿ Yes    ⦿ No

**Email**

[                    ]

We will use this information to improve the site.

*Do not include sensitive information, such as Social Security or bank account numbers.*

**SEND FEEDBACK**