UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.  Criminal Number: 1:23-cr-10314-DJC

JENNY VICENTE

**DEFENDANT'S RESPONSE TO**

**GOVERNMENT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

Now comes the undersigned and states that the defendant does not oppose the Government's Motion to Modify Conditions of Release previously filed by the Office of the United States Attorney. In addition, the undersigned states that the defendant has withdrawn her application to renew her childcare license with the Massachusetts Department of Early Education and Care (D.E.E.C.); and she has signed a D.E.E.C. form "Statement of Voluntary Surrender" dated March 6, 2024. The "Statement of Voluntary Surrender" form states under oath, among other things, that the defendant is not working and will not work in the childcare business. As such, the undersigned does not oppose the government's request to modify the defendant's conditions of probation and believes that the defendant is presently in compliance with her conditions of probation. The undersigned apologizes for the late response to the government's motion. The undersigned attaches the D.E.E.C. form, referenced above, signed by the defendant.

                Respectfully submitted,
                **Jenny Vicente**,
                By his lawyer,

March 19, 2024                 */s/ William Keefe*
                                      **William Keefe**
                                      BBO: 556817
                                      801 C Tremont Street
                                      Boston, MA 02118
                                      Telephone (617) 947-8483
                                      Facsimile (617) 445-8002

## CERTIFICATE OF SERVICE

I, William Keefe, counsel for the defendant, hereby certify that on March 19, 2024, I served this document through the Court's electronic filing system (ECF) on all persons so registered.

Dated: March 19, 2024

/s/ *William Keefe*
William Keefe