# EXHIBIT A

Department of Early Education and Care Form

Statement of Voluntary Surrender



**Department of
Early Education and Care**

The Commonwealth of Massachusetts
Amy Kershaw, Commissioner

## STATEMENT OF VOLUNTARY SURRENDER

1. I Jenny Vicente have surrendered my license to provide family child care (# _____ ) in the Commonwealth of Massachusetts. My license would have expired on _____ . This license surrender was done voluntarily.

2. I hereby certify that I am not presently providing child care in my home. I understand that it is illegal to care for children, who are not related to me, in my home, without a family child care license from the Department of Early Education and Care (EEC). G.L. c. 15D,§6(a) and 102 CMR 1.03(2).

3. I hereby certify that in the future, I will not provide child care in my home without a current, valid family child care license from EEC. Should I ever seek to apply for any type of family child care license, any type of assistant certificate, or any other type of child care license, I understand that EEC would undertake a new licensing study that would examine my past history.

4. I understand that if I provide child care in my home without a family child care license, EEC could take legal action against me. EEC could seek to enforce any Legal Orders, including but not limited to Cease and Desist Orders, against me in Superior Court, and EEC may seek penalties against me, including but not limited to, fines of up to five thousand ($5,000) dollars for each violation, imprisonment for up to two and a half years for each violation, or both. G.L. c. 15D, §§(a) and (b).

5. I waive any right of appeal that I may have regarding this voluntary surrender.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Jenny Vicente                                3/6/24
Signature                            Date

50 Milk Street, 14th Floor, Boston, MA 02109
Phone: 617-988-6600 • Fax: 617-988-2451 • office.commissioners@mass.gov